**Order entered July 5, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00747-CV

## MORRIS MILLER, Appellant

## V.

## DESIGN MASTERPIECE LANDSCAPE, INC., Appellee

**On Appeal from the County Court at Law
Rockwall County, Texas
Trial Court Cause No. 1-14-110**

## ORDER

Before the Court is Rockwall County District Clerk's June 30, 2016 request for extension of time to file the clerk's record. However, because the docketing statement reflects appellant requested findings of fact and conclusions of law, the record is not due until September 9, 2016. *See* TEX. R. APP. P. 35.1(a). Accordingly, we **DENY** the extension request as premature.

/s/     CRAIG STODDART
           JUSTICE